Commonwealth *v.* Brown, Appellant.

Argued June 19, 1967.
*Thomas Kellogg,* Assistant Defender, with him *Elizabeth L. Green* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bryant, Appellant.

opinion by McDermott, J. Submitted June 12, 1967.
*James Bryant,* appellant, in propria persona; *Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bryant, Appellant.

Submitted June
12, 1967. *William Bryant,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant